# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY BRUMFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL<br>Commissioner<br>of Social Security,<br><br>    Defendant. | CIVIL ACTION No. 19-4555-RAL |

## O R D E R

**AND NOW** this 21st day of August, 2020, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Petitioner's Request for Review (Doc. No. 12) is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. See *Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

3. The Clerk of Courts shall mark this case **CLOSED** for all purposes including statistics.

                                              BY THE COURT:

                                              *s/Richard A. Lloret*_____
                                              RICHARD A. LLORET
                                              U.S. Magistrate Judge